ISIDORE MILLER, Doing Business as CITY EGG CASE COMPANY, Plaintiff, v. HERMAN S. SMERKINS and Others, Defendants. MAXWELL D. GUSSMAN,

Receiver, Respondent; SARAH FOX and Others, Appellants.— Order denying application to direct the receiver to pay appellants' wage claims in full affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.